This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**KAREN L. MARQUEZ and**
**MICHAEL MARQUEZ,**

Plaintiffs-Appellants,

v.                                                    **No. 33,755**

**RICARDO CALZADA, M.D.,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF RIO ARRIBA COUNTY**
**Matthew Justin Wilson, District Judge**

Tony Scarborough
Santa Fe, NM

Juan Carlos Scarborough
Albuquerque, NM

for Appellants

Chapman and Charlebois
Nicole M. Charlebois
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**FRY, Judge.**

{1}     Summary reversal was proposed for the reasons stated in the calendar notice. No memorandum opposing summary reversal has been filed, and the time for doing so has expired.  This case is remanded for further proceedings consistent with our calendar notice.

{2}     **IT IS SO ORDERED.**

 

_____

**CYNTHIA A. FRY, Judge**

**WE CONCUR:**


_____

**MICHAEL D. BUSTAMANTE, Judge**


_____

**J. MILES HANISEE, Judge**